UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOKIO MARINE AMERICA INSURANCE COMPANY a/s/o ITOCHU LOGISTICS (USA) CORPORATION,<br><br>*Plaintiff,*<br><br>v.<br><br>JAN PACKAGING, MCCOLLISTER'S TRANSPORTATION SYSTEMS, INC., BALA TRANSPORT CORP., KING TRANSPORT LLC, NOLAN TRANSPORTATION GROUP, LLC, COURIER SYSTEMS,<br><br>*Defendants,*<br><br>-AND-<br><br>JAN PACKAGING,<br><br>*Defendant-Third Party Plaintiff,*<br><br>v.<br><br>NOLAN TRANSPORTATION GROUP, MCCOLLISTER'S TRANSPORTATION SYSTEMS, INC., AND MASTHEAD INTERNATIONAL, INC.<br><br>*Third-Party Defendants.* | Civil No.: 17-cv-7491 (KSH) (CLW)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><u>**ORDER**</u> |

WHEREAS plaintiff Tokio Marine America Insurance Company a/s/o Itochu Logistics (USA) Corporation ("plaintiff") has moved for default judgment against defendant Bala Transport Corp. ("Bala") (D.E. 51); and

1

WHEREAS default was entered against Bala on January 26, 2018 (D.E. 31); and

WHEREAS "if default is entered against some defendants in a multi-defendant case, the preferred practice is for the court to withhold granting default judgment until the action is resolved on its merits against non-defaulting defendants," *Animal Sci. Prods. v. China Nat'l Metals & Minerals Imp. & Exp. Corp.*, 596 F. Supp. 2d 842, 849 (D.N.J. 2008) (Brown, J.); *see also FTC v. Preferred Platinum Services Network, LLC*, 2010 WL 3883403, at *2 (D.N.J. Sept. 28, 2010) (Cooper, J.), and

WHEREAS this action involves multiple defendants in addition to Bala, as well as a third-party complaint and various crossclaims, including crossclaims against Bala (D.E. 26, 63, 77), and

WHEREAS, entering default judgment against Bala under the circumstances would be premature,

**NOW, THEREFORE, IT IS,** on this 3rd day of March, 2020,

**ORDERED** that plaintiff's motion for default judgment (D.E. 51) is DENIED WITHOUT PREJUDICE.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.